**Opinion issued December 23, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-21-00708-CV**

————————————

**IN RE RODOLFO JUAREZ, JR., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Rodolfo Juarez, Jr., has filed a petition for writ of mandamus, challenging the trial court's November 30, 2021 order granting a motion to compel production of Juarez's cell phone for forensic examination.[1]  Within the petition, Juarez also seeks a stay of the trial court's order.

---

[1]     The underlying case is *In re the Estate of Jennifer Portillo, Deceased*, cause number 487,663-401, pending in the Probate Court No 2 of Harris County, Texas, the Honorable Michael J. Newman presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.